UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JUSTIN LINER, | ) |
| | ) |
| Petitioner | ) |
| | ) |
| vs. | ) Case No. 1:10-cv-02354-KOB-HGD |
| | ) |
| JOHN T. RATHMAN, | ) |
| | ) |
| Respondent | ) |

## **MEMORANDUM OPINION**

On February 27, 2012, the magistrate judge entered his report and recommendation, giving the parties fourteen days to file objections to his recommendations. No parties filed any objections.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the court should deny the petition for writ of habeas corpus.

The court will enter a separate order in conformity with this Memorandum Opinion.

DONE & ORDERED this 5th day of April, 2012.

_Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE