UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JUSTIN LINER, | ) |
| Petitioner | ) |
| vs. | ) Case No. 1:10-cv-02354-KOB-HGD |
| JOHN T. RATHMAN, | ) |
| Respondent | ) |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously with this Order and Rule 58, Fed. R. Civ. P., the court DENIES the petition for writ of habeas corpus (doc. 1).

DONE & ORDERED this 5th day of April, 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE